IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cluke, Tasha L

Printed: 1/29/08

Case Number: 07 B 12596
Judge: Wedoff, Eugene R
Filed: 7/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 18, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,440.38 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,362.60 |
| Trustee Fee: |  | 77.78 |
| Other Funds: |  | 0.00 |
| Totals: | 1,440.38 | 1,440.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 3,834.00 | 1,362.60 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | DeVry Institute of Technology | Unsecured | 2,016.53 | 0.00 |
| 4. | DeVry Institute of Technology | Unsecured | 4,175.16 | 0.00 |
| 5. | Illinois Student Assistance Commission | Unsecured | 14,325.07 | 0.00 |
| 6. | Sallie Mae | Unsecured | 609.45 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 1,226.13 | 0.00 |
| 8. | Nicor Gas | Unsecured | 720.72 | 0.00 |
| 9. | First Premier Bank | Unsecured |  | No Claim Filed |
| 10. | Drive Financial Services | Unsecured |  | No Claim Filed |
| 11. | Americas Recovery Network | Unsecured |  | No Claim Filed |
| 12. | Illinois Designated Student Loan | Unsecured |  | No Claim Filed |
| 13. | Progressive Management Systems | Unsecured |  | No Claim Filed |
| 14. | SBC | Unsecured |  | No Claim Filed |
| 15. | Wells Fargo Bank | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 26,907.06 | $ 1,362.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 77.78 |
|  | _____ |
|  | $ 77.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Cluke, Tasha L | Case Number:  07 B 12596 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/29/08 | Filed:  7/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

